UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY JACKSON-EL, | Case No. 1:2011-cv-278 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Joseph G. Scoville |
| STATE AND FEDERAL PLAINTIFFS IN GENERAL, | |
| Defendants. | |

## JUDGMENT

Final judgment is hereby entered in favor of all the defendants and against the plaintiff.

**IT IS SO ORDERED** this  26th day of April 2011.

　　　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Honorable Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge